IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOSEPH FARRIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No.: 09-cv-00205-JPG-PMF |
| | ) |
| **ILLINOIS CENTRAL RAILROAD** | ) |
| **COMPANY, a corporation,** | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW the Plaintiff, **JOSEPH FARRIS**, by and through his attorneys, Kujawski & Associates, P.C., and for his Complaint against the Defendant, **ILLINOIS CENTRAL RAILROAD COMPANY**, a corporation, states as follows:

1. That the jurisdiction of this Court is based upon an Act of Congress of the United States, being the Federal Employers' Liability Act, 45 U.S.C. Sections 51 et. seq., as hereinafter more fully shown.

2. That at all times mentioned herein, the Defendant, **ILLINOIS CENTRAL RAILROAD COMPANY**, was and is an Illinois corporation, and as such, was a citizen and resident of the State of Illinois, and was controlled, operated, and maintained in interstate commerce, engaged in transporting interstate commerce between various states, including the States of Illinois and Kentucky.

3. That at all times mentioned herein, the Plaintiff, **JOSEPH FARRIS**, was and is an employee of the Defendant **ILLINOIS CENTRAL RAILROAD COMPANY**, a corporation, and had been for many years prior thereto.

1

4.      That at all times mentioned herein, all or part of the duties of the Plaintiff, as such an employee, furthered interstate commerce by the Defendant railroad or in some way directly or substantially affected said commerce.

5.      That on or about June 29, 2008, or on a date known more certainly to the Defendant, the Plaintiff was employed by the Defendant as a conductor and as such was working on or about locomotive engines at or near track 21 in Defendant's yard in Memphis, Tennessee.

6.      That at the above time and place, Plaintiff, while in the performance of his duties as a conductor, was injured when he was standing on the ground when railroad cars were directed onto the track of two parked locomotives, causing a collision.

7.      That at said time and place, the Defendant, by and through its agents, servants, and employees, negligently and carelessly committed one or more of the following acts or omissions to wit:

   (a)   Failed to provide Plaintiff with a safe place to work;

   (b)   Failed to provide Plaintiff with a reasonably safe manner within which to do his work;

   (c)   Failed to monitor and control the movement of cars within their yard;

   (d)   Failed to alert Plaintiff that a free rolling cut of cars were directed onto his track;

   (e)   Failed to warn Plaintiff of an imminent collision of free rolling cars into parked locomotives;

   (f)   Allowed five (5) free rolling cars to come off the hump and to collide into Plaintiff's parked locomotive engines;

   (g)   Allowed unsafe practices to become the common practice.

8.     That as a direct and proximate result, in whole or in part, of one or more of the aforesaid mentioned negligent acts or omissions on the part of the Defendant, the Plaintiff, while in the performance of his duty as a conductor, and in connection with and in the scope and course of his employment, was caused to become severely injured when free rolling cars collided with two parked locomotive engines, causing Plaintiff to sustain severe and permanent injuries to wit: injuries to the muscles, tendons, ligaments, nerves, soft tissues, discs, bones, and vertebrae of the neck, back, and spine; emotional and psychological injuries; aggravation to a pre-existing condition; that Plaintiff has sustained pain and suffering in the past and is reasonably certain to experience pain and suffering in the future as a result of said injuries; that Plaintiff has incurred permanent disfigurement and disability resulting from said injuries; that Plaintiff has lost and will continue to lose large sums of money from his usual occupation; that Plaintiff has sustained a permanent impairment of his earning capacity; that Plaintiff has become obligated in the past for medical expenses resulting from his injuries and will be obligated in the future to expend large sums of money for necessary medical care and treatment and services; that Plaintiff has sustained brain damage; all to Plaintiff's damages.

WHEREFORE, Plaintiff, **JOSEPH FARRIS**, prays judgment against the Defendant, **ILLINOIS CENTRAL RAILROAD COMPANY,** a corporation, for money in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) in an amount adequate to fairly and reasonably compensate him for damages sustained herein plus costs of this suit, plus pre-judgment interest, and for such other relief as this Court may deem just and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY**

        Respectfully submitted,

        KUJAWSKI & ASSOCIATES, P.C.

**By:**   **s/ John P. Kujawski**
        JOHN P. KUJAWSKI, #3128922
        1331 Park Plaza Drive, Suite 2
        O'Fallon, Illinois  62269-1764
        Telephone:  618/622-3600
        Facsimile:   618/622-3700
        **ATTORNEYS FOR PLAINTIFF**