IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOSEPH FARRIS**,

**Plaintiff,**

**v.**

**ILLINOIS CENTRAL RAILROAD COMPANY,**

**Defendant.**                                             No. 09-0205-DRH

## ORDER

**HERNDON, Chief Judge:**

This cause is before the Court on Defendant's Motions for Leave to File Second Supplement to Defendant's Motion to Transfer Under 28 U.S.C. 1404(a) (**Doc. 45**). For good cause shown, the Court **ALLOWS** Defendant leave to file its Second Supplement to Defendant's Motion to Transfer Under 28 U.S.C. 1404(a). Defendant is instructed to file the Second Supplement on or before October 1, 2009.

**IT IS SO ORDERED.**

Signed this 30th day of September, 2009.

/s/    *David R Herndon*
**Chief Judge**
**United States District Court**