IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOSEPH FARRIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 09-cv-205-DRH |
| ILLINOIS CENTRAL RAILROAD COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

**HERNDON, Chief Judge:**

On June 14, 2011, the parties filed a stipulation for dismissal with prejudice (Doc. 87). Because of this stipulation and the previous settlement of the case, the Court therefore DISMISSES with prejudice this matter with each party to pay its own costs. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 15th day of June, 2011.

Digitally signed by David R. Herndon
Date: 2011.06.15 10:35:43 -05'00'

Chief Judge
United States District Court