## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOSEPH FARRIS,**

    **Plaintiff,**

**v.**

**ILLINOIS CENTRAL RAILROAD COMPANY,**

    **Defendant.**                    Case No. 09-cv-205-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on stipulation for dismissal.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 15, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                              **NANCY J. ROSENSTENGEL,**
                              **CLERK OF COURT**


                          **BY:**      ***/s/Sandy Pannier***
                                         **Deputy Clerk**

Dated: June 15, 2011

APPROVED:    *[Signature: David R. Herndon — Digitally signed by David R. Herndon, Date: 2011.06.15 14:31:25 -05'00']*
                CHIEF JUDGE
                U. S. DISTRICT COURT